# Court of Appeals
# of the State of Georgia

ATLANTA,  September 20, 2016

*The Court of Appeals hereby passes the following order:*

**A17D0048.  TYRONE CORNELL GIBSON, JR. v. TRACY GIBSON.**

Tyrone Cornell Gibson, Jr. filed this application for discretionary appeal from the trial court's order denying his motion to enforce a settlement agreement in this divorce case. The order also set a date for a final trial in the case. Because the case remains pending below, the order that Tyrone Gibson wishes to appeal is interlocutory in nature.[1] See *Scruggs v. Ga. Dept. of Human Resources*, 261 Ga. 587, 589 (1) (408 SE2d 103) (1991). A party seeking appellate review of an interlocutory order must follow the interlocutory application procedure set forth in OCGA § 5-6-34 (b), which includes obtaining a certificate of immediate review from the trial court. See *Bailey v. Bailey*, 266 Ga. 832, 833 (471 SE2d 213) (1996). OCGA § 5-6-35, which governs the discretionary appeal procedure, does not excuse a party seeking appellate review of an interlocutory order from complying with the additional requirements of OCGA § 5-6-34 (b). See *Bailey*, supra. Tyrone Gibson's failure to follow the interlocutory appeal procedure deprives us of jurisdiction over this application, which is therefore DISMISSED.

---

[1] And because the order is interlocutory, this application does not fall within the Supreme Court's jurisdiction over divorce and alimony cases. See *Egeland v. Egeland*, 279 Ga. 565 (619 SE2d 596) (2005).



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*___09/20/2016___
  *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____*Stephen E. Castlen*_____ *, Clerk.*